IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Kerry W. McBroom, ) | |
| ) | C/A No. 4:15-4087-MBS |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **O R D E R** |
| Nancy A. Berryhill, Acting Commissioner ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Plaintiff Kerry W. McBroom brought this action to obtain judicial review of a final decision of Defendant Commissioner of Social Security denying Plaintiff's application for a period of disability and disability insurance benefits. By order filed January 30, 2017, the case was reversed pursuant to sentence four of 42 U.S.C. § 405(g) and remanded to the Commissioner for further consideration.

This matter now is before the court on Plaintiff's motion for attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, which motion was filed March 29, 2017. Counsel moves for attorneys' fees in the amount of $5,378.88 and $20.19 in expenses. On April 6, 2017, the Commissioner filed a response indicating that she does not object to the fees and expenses sought by Plaintiff. Accordingly,

Plaintiff's motion for attorney's fees under the EAJA (ECF No. 26) is **granted** in the amount

of $5,399.07 ($5,378.88 + 20.19) to be paid in accordance with the Commissioner's procedures set forth in her response.

    **IT IS SO ORDERED**.

/s/ Margaret B. Seymour
Senior United States District Judge

Columbia, South Carolina

April 7, 2017